**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RONALD DUHE, individually;**
**MARK HOLICK, individually; and**
**SPIRIT ONE CHRISTIAN CENTER, INC.,**
a Kansas Non-Profit Corporation                                                              PLAINTIFFS

v.                                   Case No. 4:14-cv-580-KGB

**THE CITY OF LITTLE ROCK, ARKANSAS,**
an Arkansas municipal corporation; **SIDNEY**
**ALLEN,** in an individual capacity; and **PULASKI COUNTY,**
an Arkansas political subdivision                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Court's previous Order (Dkt. No. 189), and the Order entered in this matter on this date detailing the Court's rationale, the Court denies plaintiffs Ronald Duhe, Mark Holick, and Spirit One Christian Center, Inc.'s second motion for partial summary judgment (Dkt. No. 100). The Court grants defendants Sidney Allen and the City of Little Rock, Arkansas's motion for summary judgment (Dkt. No. 134). Finally, the Court grants defendant Pulaski County's motion for summary judgment (Dkt. No. 138). Plaintiffs' claims are hereby dismissed with prejudice. The relief requested is denied.

It is so adjudged this the 27th day of April, 2017.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge